**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| HOWARD BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00153 SEP |
| ) | |
| BUTLER COUNTY SHERIFF'S DEPT., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), Plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within 30 days from the date of this Order, Plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the Complaint.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order will result in a dismissal of this action, without prejudice.

Dated this 20th day of August, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE